FILED

4:45 pm, 9/21/21
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA | ☑ Violation Notice  ☐ Information  ☐ Complaint |
|---|---|
| Plaintiff | |
| vs | Case Number  3:21-PO-00341-MLC-1 |
| DYLAN C HOUTSTRA | |
| Defendant | |

| | | |
|---|---|---|
| | Presence in park area when under the influence of alcohol or controlled sub (1) | (1)(7844013) |
| | | Citation Number (2)(7844014) |
| Violation Charged | Engage in fighting or threatening or in violent behavior (2) | (3)(6570045) |
| | 18 USC § 113(a)(5) - Simple Assault (3) | |

Date Violation Notice Issued   06/04/2021          Place    Grand Teton National Park

## PETTY OFFENSES/MISDEMEANORS - PROCEEDINGS SHEET

Time 11:08-11:12                                    Interpreter

Date  September 21, 2021                            Interpreter Telephone

Before the Honorable  Mark L. Carman

| Jessica Jarvis | | FTR |
|---|---|---|
| Clerk | Probation | Reporter |
| Stephanie Hambrick | | |
| Asst. U.S. Attorney | JAG Officer | Marshal |

☑ Failed to appear      Warrant issued on   Sep 21, 2021

☐ Appeared      ☐ By telephone
                ☐ Voluntarily    ☐ In Custody

☐ Defendant filed financial affidavit and is informed of consequences if any false information is given

☐ Attorney appearing
                        ☐ FPD     ☐ PANEL-CJA     ☐ RETAINED

☐ Attorney waived

☐ Court orders case continued to _____ at _____

Petty Offenses/Misdemeanors Minute Sheet
3:21-PO-00341-MLC-1

reason:

☐ Bail is set at
　　　☐ P/R-No Amount　　☐ Unsecured　　☐ Cash/Surety
☐ Conditions of release

---

**COMPLETE THIS SECTIONS FOR ALL CLASS A MISDEMEANOR CASES:**
☐ Defendant advised of the right to trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
☐ Defendant consents to proceed before the Magistrate Judge and expressly and specifically waives trial, judgment, and sentencing by a District Judge (Class A Misdemeanor).
　　This consent was made　☐ orally　　☐ in writing

---

☐ Informed of charges and rights　　Date
☐ Defendant arraigned　　Date
☐ Court accepts plea　　Defendant enters ☐ Guilty　　☐ Not Guilty Plea
☐ Trial　　Witnesses

☐ Disposition
　　☐ Not Guilty
　　☐ Guilty
　　☐ Dismissed
　　☐ Collateral Forfeited
　　☐ *Nolo Contendere*
☐ PSI ordered
☐ Sentence　　Date
☐ Imposition of jail sentence suspended
☐ Committed to custody for a period of
☐ Probation for a period of
　　☐ With Supervision　　☐ Without Supervision
☐ Special Conditions of Probation

☐ Fine　　　　　　　　　　Payable
☐ Restitution　　　　　　　To
☐ Community Service　　　To
☐ Special Assessment
☐ Processing fee: $ 30.00
☐ Defendant advised of right to appeal
☑ Other　Warrant to follow